IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) Case No. 12-cr-56 <br> ) <br> PRESTON C. LASKA ) <br> ) <br> Defendant. ) <br> ) | |

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1. On April 18, 2012, a one-count indictment was filed against defendant Preston C. Laska, charging him with knowingly possessing a computer hard drive containing visual depictions that were produced using materials which had previously been shipped in interstate and foreign commerce, specifically a Toshiba 500 GB hard drive, serial number 50SHP1DVT, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the depictions are of such conduct in violation of Title 18, United States Code, Section 2252(a)(4)(B). The indictment also contained a forfeiture allegation for the forfeiture of:

    a. Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained; and

    b. a Toshiba 500 GB hard drive, serial number 50SHP1DVT.

2. On November 27, 2012, the defendant entered a plea of guilty to the indictment, pursuant to a written plea agreement. The plea agreement called for the defendant to forfeit the property identified in the forfeiture allegation in the indictment as well as items seized from the defendant on July 17, 2012, namely a Toshiba laptop, serial number 96289177Q; a Sony Cybershot digital camera, serial number 7059371; and a Sandisk Cruzer Edge 4 gigabyte thumb drive.

3. On December 6, 2012, the Court entered a Preliminary Order of Forfeiture.

4. Notice of the forfeiture was published on the official internet government forfeiture site www.forfeiture.gov from December 14, 2012 to January 12, 2013.

5. No third party has made any claim to or declared any interest in the above-described property and the time for filing a petition has expired.

IT IS THEREFORE ORDERED:

1. The following items are forfeited to the United States:

   a. Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained;

   b. a Toshiba 500 GB hard drive, serial number 50SHP1DVT;

   c. a Toshiba laptop, serial number 96289177Q;

   d. a Sony Cybershot digital camera, serial number 7059371; and

   e. a Sandisk Cruzer Edge 4 gigabyte thumb drive.

2. The above items are to be disposed of according to law.

ORDERED this 28th day of March 2013.

BARBARA B. CRABB
United States District Judge